IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK N. ANDERSON, | : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION 04-0050-CG-D |
| BISHOP STATE COMMUNITY COLLEGE | : |
| Defendant. | : |

# JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute.

**DONE and ORDERED** this 2nd day of September, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE